UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | |
| | : | Case No.: 08-3608 |
| JOHN HENDERSON | : | |

I, Steve Grassie, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 8, 2008, in Union County, in the District of New Jersey and elsewhere, the defendant JOHN HENDERSON did knowingly and intentionally:

> by force and violence, and by intimidation, take, and attempt to take, from the person and presence of another, and obtained and attempted to obtain by extortion property and money and any other thing of value belonging to, and in the care, custody, control, management, and possession of a bank, namely Wachovia Bank, whose deposits were insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section 2113, and Title 18, United States Code, Section 2.

I further state that I am a Special Agent of Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

_____
Steve Grassi, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

June 3, 2008, at Newark, New Jersey

HON. MARK FALK
U. S. MAGISTRATE JUDGE

Signature of Judicial Officer

## **Attachment A**

I, Steve Grassi, a Special Agent of the Federal Bureau of Investigation, having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. On or about April 8, 2008, during regular business hours, defendant JOHN HENDERSON entered the Wachovia Bank in Kenilworth, New Jersey. Defendant JOHN HENDERSON was wearing a light blue baseball cap with an interlocking NY Yankee symbol, a two-tone jacket, and sunglasses.

2. After waiting in line, defendant JOHN HENDERSON approached the bank teller area and presented a check made payable to "John Henderson" to the bank teller. After the bank teller refused to cash the check without identification, defendant JOHN HENDERSON put a handgun on the counter and demanded the bank teller to "give me all the money, don't make any moves, and don't press the button." Defendant JOHN HENDERSON also told the bank teller that if she made any sudden moves that he would kill her. The bank teller reached into the top drawer and gave defendant JOHN HENDERSON approximately $3,241 in U.S. currency. After obtaining the money, defendant JOHN HENDERSON exited the Wachovia Bank and fled the scene.

3. On or about April 28, 2008, a third-party presented the same bank teller with a payroll check similar to the check presented by defendant JOHN HENDERSON on or about April 8, 2008. The bank teller immediately notified her manager who called law enforcement officers.

4. Through their investigation, law enforcement officers determined that the payroll check came from a distribution company in Union, New Jersey. On or about April 29, 2008, law enforcement officers interviewed the owner of the distribution company who told them that defendant JOHN HENDERSON was previously an employee. Law enforcement officers showed the owner of the distribution company several surveillance photographs taken during the bank robbery, and he identified defendant JOHN HENDERSON as the individual in the surveillance photographs. The owner of the distribution company also told law enforcement officers that the company had given defendant JOHN HENDERSON his final payroll check dated April 4, 2008 in the amount of $111.28 made payable "John Henderson" shortly after he was fired.

5. On or about April 30, 2008, law enforcement officers arrested defendant JOHN HENDERSON in Brooklyn, New York.

6. On or about May 1, 2008, the bank teller was shown a photograph lineup and positively identified defendant JOHN HENDERSON as the individual who had robbed the Wachovia Bank on or about April 8, 2008.

7. At all times relevant to this Complaint, the deposits at Wachovia Bank of New York were insured by the Federal Deposit of Insurance Corporation.