AO 92
(Rev. 6/83)

COMMITMENT

| **United States District Court** | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOHN HENDERSON | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>08-mj-3608 (MF) |

The above named defendant was arrested upon the complaint of

charging a violation of **18** U.S.C. § **2113**

| DISTRICT OF OFFENSE  Of New Jersey | DATE OF OFFENSE<br>4/8/08 |
|---|---|

DESCRIPTION OF CHARGES:

by force and violence, and by intimidation, take, and attempt to take anything of value from a bank

BOND IS FIXED AT
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_6/4/08_
Date

United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |