2008R00554/JWA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-817 |
| v. | : | 18 U.S.C. § 2113(a) |
| | : | 18 U.S.C. § 2 |
| JOHN HENDERSON | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about April 8, 2008, at Kenilworth, in the District of New Jersey, defendant

JOHN HENDERSON

did knowingly, by force and violence and by intimidation, take and attempt to take from the person and presence of employees of Wachovia Bank approximately $3,241 belonging to and in the care, custody, control, management, and possession of that institution, whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a) and Section 2.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2008R00554

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

JOHN HENDERSON

# INFORMATION FOR VIOLATION OF
## 18 U.S.C. §§ 2113(a) and 2

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY NEWARK, NEW JERSEY

JUSTIN W. ARNOLD
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2785