<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF NEW JERSEY</u>

<u>MINUTES OF PROCEEDINGS</u>

**CAMDEN OFFICE:**                    **DATE OF PROCEEDINGS:** 10/31/08

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                           **DOCKET NO:** CR #08-817

**TITLE OF CASE:**

UNITED STATES OF AMERICA
       (vs)
JOHN HENDERSON


**APPEARANCES:**
Justin Arnold, AUSA for Gov't.
Lisa Mack, Esq. for deft.
(Deft. Present)


**NATURE OF PROCEEDINGS:** - WAIVER OF INDICTMENT AND PLEA TO 1-COUNT INFORMATION

ORDERED deft. sworn; Deft. sworn.
Waiver of Indictment executed and filed.
INFORMATION FILED.
**PLEA:** GUILTY to an one-count information.
Terms of plea agreement read into the record.
ORDERED plea agreement approved.
ORDERED plea accepted.
ORDERED sentencing set for February 5, 2009 **@ 11:00 AM.**

ORDERED detention continued.

                                          _____
                                              Deputy Clerk

Time Commenced: 2:10 PM         Time Adjourned: 2:30 PM