# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                    **DATE OF PROCEEDINGS:** 2/26/09

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Frank Gable

**OTHERS:**                          **DOCKET NO:** CR #08-817


**TITLE OF CASE:**

UNITED STATES OF AMERICA
        (vs)
JOHN HENDERSON


**APPEARANCES:**
Justin Arnold, AUSA for Gov't.
Lisa Mack, Esq. for deft.
(Deft. Present)


**NATURE OF PROCEEDINGS:** - SENTENCING ON 1-COUNT INFORMATION

**Sentence:** Remanded to Bureau of Prisons for a term of 63 months;
Supervised Release for a term of 3 years with Special Conditions;
Special Assessment - $100; Restitution - $3,241.

ORDERED deft. remanded to custody of U.S. Marshals.

**COURT ADVISED DEFT. OF RIGHT TO APPEAL**


_____
                Deputy Clerk

Time Commenced: 2:30 PM        Time Adjourned: 2:50 PM